UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD STONE LAW P.C.<br><br>Plaintiff,<br><br>v.<br><br>NET SAVINGS LINK, INC., AND CHINA FOOD AND BEVERAGE COMPANY<br><br>Defendants. | Case No. 23-cv-1157 |

## DEFAULT JUDGMENT

This action having been commenced on August 31, 2023 by the filing of the Verified Complaint, and a copy Verified Complaint and Summons having been personally served on the defendants Net Savings Link, Inc. and China Food and Beverage Company ("**Defendants**") on September 6, 2023 by Christina Carlino, who is over the age of eighteen and is not a party to this action or a member of a corporation or organization that is a party to this action, and proofs of service having been filed on September 6, 2023, and the Defendants not having answered the Verified Complaint, and the time for answering the Verified Complaint having expired, and the deadline for Defendants to obtain counsel having been extended to January 15, 2024 [Dkt. No. 23], and again extended to February 15, 2024 [Dkt. No. 27], and again extended to April 15, 2024 by Order dated March 4, 2024, and Defendants having failed to appear with counsel,

It is **ORDERED, ADJUDGED AND DECREED** that the Plaintiff have judgment against Defendants, jointly and severally in the amount of $84,926.35, plus costs and disbursements of this action in the amount of $529.50 amounting in all to **$85,455.85**.

Dated:  4/30/2024

/s/ Janet C. Hall

U.S. District Judge

This document was entered on the docket on 4/30/2024.